UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JANE DOE I, JANE DOE II, and JANE DOE III** | **CIVIL ACTION NO. 16-14876** |
| **VERSUS** | **JUDGE BARBIER** |
| **JUANA MARINE-LOMBARD, in her official capacity as Commissioner, Louisiana Office of Alcohol and Tobacco Control** | **MAGISTRATE JUDGE ROBY** |

### TEMPORARY RESTRAINING ORDER

Plaintiffs Jane Doe I, Jane Doe II, and Jane Doe III have filed this action challenging a recent act of the Legislature of Louisiana, namely Act No. 395, on various constitutional grounds. Plaintiffs allege that Act No. 395 violates their rights under the United States and Louisiana Constitutions and that the Act is currently being enforced throughout Louisiana, with the exception of the City of New Orleans, and have further alleged that the Defendant Juana Marine-Lombard, in her official capacity as Commissioner, Louisiana Office of Alcohol and Tobacco Control ("ATC"), has indicated that ATC intends to begin enforcing Act No. 395 in New Orleans beginning on October 1, 2016.

Plaintiffs have filed a Motion for Preliminary Injunction (Rec. Doc. 4-2) and a Motion for Expedited Consideration (Rec. Doc. 5), asking the Court to temporarily enjoin Defendant from enforcing or causing any other state actor to enforce Act No. 395 anywhere within the State of Louisiana until a decision can be rendered on the merits of Plaintiffs' constitutional claims.

The Court will construe the Plaintiffs' Motions as a request for a temporary restraining order, and for the reasons set forth in Plaintiffs' Motions, the Court concludes that Plaintiffs have demonstrated a risk of irreparable injury at least in lost income and, furthermore, that there is

minimally restrain the Defendant from any temporary stay of enforcement of Act No. 395.

Accordingly, **IT IS HEREBY ORDERED** that the Defendant Juana Marine-Lombard, in her official capacity as Commissioner, Louisiana Office of Alcohol and Tobacco Control, is **TEMPORARILY RESTRAINED** from enforcing or causing any other state actor to enforce Act No. 395 anywhere within the State of Louisiana pending further Order of this Court.

New Orleans, Louisiana, this 30th day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE