UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JANE DOE I, JANE DOE II, and JANE DOE III** | **CIVIL ACTION NO. 16-14876** |
| **VERSUS** | **JUDGE BARBIER** |
| **JUANA MARINE-LOMBARD, in her official capacity as Commissioner, Louisiana Office of Alcohol and Tobacco Control** | **MAGISTRATE JUDGE ROBY** |

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs Jane Doe I, Jane Doe II, and Jane Doe III (collectively, "Plaintiffs"), and respectfully request that this Honorable Court issue a preliminary injunction enjoining Defendant Juana Marine-Lombard, in her official capacity as Commissioner, Louisiana Office of Alcohol and Tobacco Control, from enforcing or causing any other state actor to enforce a recent act of the Legislature of Louisiana, namely Act No. 395. As more fully discussed in the accompanying Memorandum in Support, under the guise of purportedly attempting to regulate human trafficking, Act No. 395 imposes unconstitutional age-based and gender-based restrictions on erotic dancers in Louisiana that infringe upon their freedom of expression and other core constitutional rights under both the United States Constitution and the Louisiana Constitution of 1974.

There is a substantial likelihood that Plaintiffs will succeed on their constitutional claims in this case. Furthermore, Plaintiffs will suffer irreparable injury if Act No. 395 is not enjoined, and that injury far outweighs any potential injury to the Defendant or the State of Louisiana flowing from a preliminary injunction. Finally, not only will a preliminary injunction not

disserve the public interest, the public interest actually favors the issuance of such an injunction in this case given the broad sweep of this new law that is constitutionally invalid.

**WHEREFORE**, Plaintiffs request that the Court issue a preliminary injunction enjoining Defendant from enforcing or causing the enforcement of Act No. 395 pending final resolution of this matter on the merits.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: */s/ Harry Rosenberg*
Harry Rosenberg (Bar #11465)
Jeremy T. Grabill (Bar #34924)
Lindsay Calhoun (Bar #35070)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: harry.rosenberg@phelps.com
jeremy.grabill@phelps.com
lindsay.calhoun@phelps.com

**ATTORNEYS FOR PLAINTIFFS JANE DOE I, JANE DOE II, AND JANE DOE III**

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 22nd day of September, 2016, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record and/or have served a copy of the foregoing pleading on all parties to this proceeding through the United States Mail and/or facsimile or e-mail transmission.

                                        /s/ Harry Rosenberg