```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

JANE DOE I, ET AL.                              CIVIL ACTION

VERSUS                                          NO: 16-14876

JUANA MARINE-LOMBARD                            SECTION: J(3)
```

**ORDER**

Considering the foregoing *Consent Motion To Intervene* **(Rec. Doc. 27)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

New Orleans, Louisiana, this 3rd day of November, 2016.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE