UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JANE DOE I, JANE DOE II, AND JANE DOE III** | **CIVIL ACTION NO. 16-14876** |
| **VERSUS** | **JUDGE CARL J. BARBIER** |
| **JUANA MARINE-LOMBARD, in her Official capacity as Commissioner, Louisiana Office of Alcohol and Tobacco Control** | **MAG. JUDGE KAREN WELLS-ROBY** <br><br> **SECTION: "J"(4)** |

**CONSENT MOTION TO CONTINUE AUGUST 28 ORAL ARGUMENT**

Defendant Juana Marine-Lombard in her official capacity as Commissioner of the ATC, and Intervenor Attorney General Jeff Landry, respectfully move this Honorable Court to continue the oral argument currently set for August 28, 2019 (*see* Dkt. No. 69) to a later date. Defendant and Intervenor intend for Scott D. Bergthold to argue this matter, but the U.S. Court of Appeals for the Second Circuit has recently set oral argument in a case he is handling (*Keepers, Inc. v. City of Milford, Connecticut*, No. 18-2965) for the same day, August 28. Defendant and Intervenor have conferred with Plaintiffs' counsel, Jeremy Grabill, and can report that Plaintiffs do not oppose this request.

WHEREFORE, due to this scheduling conflict, Defendant and Intervenor respectfully request that the Court continue oral argument in this case to a later date. Pursuant to Local Rule 7.3, a proposed order is being submitted with this filing.

Respectfully Submitted,

 *s/ Scott D. Bergthold*
Scott D. Bergthold
LAW OFFICE OF SCOTT D. BERGTHOLD
2290 Ogletree Avenue, Suite 106
Chattanooga, TN 37421

        Telephone: (423) 899-3025
        Email: sbergthold@sdblawfirm.com

        COUNSEL FOR INTERVENOR,
        ATTORNEY GENERAL JEFF LANDRY

        *s/ Renee Culotta*
        Renee G. Culotta, T.A. (LA Bar No. 24436)
        FRILOT L.L.C.
        1100 Poydras Street, Suite 3700
        New Orleans, LA  70163
        Telephone: (504) 599-8000
        Email:  rculotta@frilot.com

        COUNSEL FOR DEFENDANT,
        JUANA MARINE-LOMBARD, in her official
        Official capacity as Commissioner, Louisiana
        Office of Alcohol and Tobacco Control

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel of record via the Court's Electronic Filing System.

This 8th day of July, 2019.

        *s/ Scott D. Bergthold*